**STATE of Missouri, Respondent,**

v.

**Eric A. SHARP, Appellant.**

**No. WD 69272.**

Missouri Court of Appeals, Western District.

July 7, 2009.

William J. Swift, Columbia, MO, for appellant.

Shaun J. Mackelprang, Dora A. Fichter, Jefferson City, MO, for respondent.

Before DIVISION THREE: HAROLD L. LOWENSTEIN, Presiding Judge, JOSEPH M. ELLIS and LISA WHITE HARDWICK, Judges.

### ORDER

PER CURIAM.

Eric Sharp appeals his convictions for forcible rape and conspiracy to commit murder. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the circuit court's judgment of convictions.

AFFIRMED. Rule 30.25(b).